# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of August, two thousand twenty-four.

_____

Yhanka Veras,

   Plaintiff - Appellant,

 v.

New York City Department of Education, Javier Trejo, Manuel Vidal Ramirez, Yvette Abbott, Salvador Fortunato,

   Defendants - Appellees.

_____

**ORDER**

Docket No. 24-1956

  IT IS HEREBY ORDERED that Appellant's motion for leave to proceed in forma pauperis ("IFP") is DENIED as unnecessary. Appellant was granted IFP status in the district court, and that status has not been revoked for this appeal. Appellant must file a Local Rule 31.2 scheduling notification letter within 14 days of the date of this order.

                 For the Court:

                 Catherine O'Hagan Wolfe,
                 Clerk of Court