**United States Court of Appeals for the Second Circuit**
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |
| Date: August 13, 2024<br>Docket #: 24-1956<br>Short Title: Veras v. New York City Department of Education | DC Docket #: 1:22-cv-56<br>DC Court: SDNY (NEW YORK CITY)<br>Trial Judge - Jennifer Louise Rochon |

## NOTICE OF EXPEDITED APPEAL

By notice filed July 19, 2024, an appeal has been taken from a judgment/order that dismissed the complaint. The grounds of dismissal make this appeal eligible for assignment to the Court's Expedited Appeals Calendar under Local Rule 31.2 (b), and the appeal is hereby placed on that calendar.

Appellant's brief is due no later than September 17, 2024, 35 days from the date of this notice. Appellee's brief is due no later than October 22, 2024 or, 35 days from the date Appellant's brief is filed, whichever date is sooner. Absent extraordinary circumstances, the Court will not grant a motion to extend the time to file a brief. See Local Rule 27.1(f)(1).

Inquiries regarding this case may be directed to 212-857-8527.